UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

     Plaintiff,

v.                           CASE NO. 8:21-cv-299-SDM-CPT

JOHN GREGORY UEBEL, et al.,

     Defendant.

_____/

## **ORDER**

In this declaratory judgment action, the clerk entered (Doc. 18) a default against the defendant John Uebel, and a May 11, 2022 order (Doc. 46) grants Allstate Fire and Casualty Insurance Company's motion for summary judgment. In accord with the May 11, 2022 order and under Rule 55, Federal Rules of Civil Procedure, Allstate moves (Doc. 56) for a default judgment against Uebel, who

neither appeared nor otherwise defended.  The motion (Doc. 56) is **GRANTED**. Not later **JUNE 3, 2022**, Allstate must submit a proposed final judgment.*

ORDERED in Tampa, Florida, on May 25, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

* In the amended complaint, Allstate sues for a declaration that "Allstate has no duty to defend or indemnify" Uebel in two state court actions. (Doc. 24 at 8–9) "[A]n insurer's duty to indemnify is not ripe for adjudication unless and until the insured or putative insured has been held liable in the underlying action." *National Specialty Ins. Co. v. Eleguas Trucking, Inc.*, No. 6:20-cv-2225, 2021 WL 7451924, at *1 (M.D. Fla. May 18, 2021) (Mendoza, J) (quoting *Allstate Prop. & Cas. Ins. Co. Peluchette*, No. 15-cv-80325, 2015 WL 11438215, at *4 (S.D. Fla. July 30, 2015) (Marra, J.)). If Allstate proposes a judgment declaring that Allstate lacks a duty to indemnify Uebel, Allstate must append the state court judgment or judgments holding that Uebel is liable.